BAKER HUGHES OILFIELD OPERATIONS, INC., Plaintiff–Appellant,

v.

REEDHYCALOG UK, LTD. and Reedhycalog LP, Defendants– Cross Appellants.

Nos. 2008–1244, 2008–1261.

United States Court of Appeals, Federal Circuit.

June 26, 2008.

David G. Mangum, C. Kevin Speirs, Catherine A. Agnoli, Michael R. McCarthy, Parsons Behle & Latimer, Salt Lake City, UT, Bruce T. Wieder, Dow Lohnes, PLLC, Washington, DC, for Plaintiff–Appellant.

Brent O. Hatch, Phillip J. Russell, Hatch, James & Dodge, Salt Lake City, UT, for Defendants–Cross Appellants.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).